UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JONES,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MRS. BROWN, MRS. WANDA, MRS.<br>MUHAMAD, MR. JOHN, and JOHN DOE,<br>　　　　　　　Defendants. | :<br>:<br>:<br>:　No. 2:19-cv-0894<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW,** this 13th day of January, 2020, upon consideration of (1) Plaintiff's Complaint filed on March 1, 2019, ECF No. 2; (2) the Order dated July 1, 2019, directing the Plaintiff to submit new USM-285 forms as to three Defendants within thirty days, ECF No. 10; (3) the Order dated September 24, 2019, dismissing the Complaint as to three Defendants for Plaintiff's failure to provide timely information and further directing the Plaintiff to move for entry of default and default judgment by October 24, 2019 and November 25, 2019, respectively, against the remaining Defendants, and warning that failure to comply with these directives could result in dismissal of his action, ECF No. 11; (4) the Order dated November 25, 2019, directing the Plaintiff to show cause in writing by December 13, 2019, why his Complaint should not be dismissed with prejudice for his failure to prosecute, and further warning him that failure to comply with this directive would result in immediate dismissal of his complaint, ECF No. 12; and for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED THAT:**

1. The Complaint, ECF No. 2, is **DISMISSED, with prejudice,** for Plaintiff's failure to prosecute his claims.
2. The Clerk of the Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge